COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| KLEINFELDER CENTRAL, INC. D/B/A KLEINFELDER, | § | No. 08-12-00327-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | 429th District Court |
| v. | § | of Collin County, Texas |
| NORTH TEXAS MUNICIPAL WATER DISTRICT, | § | (TC # 429-00785-2009) |
| | § | |
| Appellee. | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have settled the dispute. The motion represents that the parties have mutually agreed to dismiss all litigation between the parties, including this appeal. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.